The People of the State of Illinois, defendant in error, v. Franklin O. Carter, plaintiff in error. Gen. No. 33,675.

Opinion filed March 11, 1930.

Ray E. Lane, for plaintiff in error; Cameron Latter, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

In re Estate of William John Kruse, deceased. Robert J. Kruse, administrator of said estate, appellant, v. Jane Thomlinson, appellee. Gen. No. 33,742.

Opinion filed March 11, 1930.

Albert E. Icely and Howard R. Brintlinger, for appellant. Charles C. Bodenstab, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Hoffmann Brothers Tanning Company, appellee, v. Henry H. Slingerland, appellant. Gen. No. 33,753.

Opinion filed March 11, 1930.

A. F. W. Siebel, for appellant. Theodore A. Kolb, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Walter Morris, appellee, v. Nu Way Cleaners & Dyers, appellant. Gen. No. 33,785.

Opinion filed March 11, 1930.

Schwartz & Cooper, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.